IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :   Chapter 13
Derrick Garner,                     :
      Debtor.                  :   Case No. 20-14681 amc

### ORDER

AND NOW, this _____ day of _____, 2020, at Philadelphia, upon Motion of the above-named Debtor, by his counsel, John S. Di Giorgio, Esquire, consideration of Debtor's Motion praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is ORDERED the time said Debtor is to file schedules and Statement of Affairs be and hereby is extended for twenty (20) days from the date of this Order.

BY THE COURT:

_____
J.

cc:  Scott F. Waterman
     Chapter 13 Trustee
      (info@readingch13.com)
    United States Trustee
      (USTP.Philadelphia.P-A@usdoj.gov)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Chapter 13
Derrick Garner,                       :
    Debtor.                       : Case No. 20-14681-amc

MOTION FOR FURTHER TIME TO
FILE SCHEDULES AND STATEMENT OF AFFAIRS

The Motion of Derrick Garner, Debtor, respectfully represents:

1. Movant has filed ten (10) days prior to the date hereof a Voluntary Petition under Chapter 13 of the United States Code.

2. Movant has also filed a Matrix listing Movant's creditors and addresses and has verified his Social Security number in a timely fashion.

3. The Court has ordered the following documents be filed by December 22, 2020: Attorney Disclosure Statement; Chapter 13 Plan; Schedules AB-J; Statement of Financial Affairs; Summary of Assets and Liabilities Form B106; Chapter 13 Statement of Your Current Monthly Income; and Calculation of Commitment Period, Form 122C-1; and Means Test Calculation Form 122C-2 (If Applicable).

4. To prepare the schedules and the other documents, it is necessary for Movant to meet with his attorney to review Movant's books and records. Because of conflicts in scheduling, and because the undersigned counsel is under quarantine because of exposure to several individuals in undersigned counsel's office infected by

Covid-19, it is difficult for Movant to arrange a meeting with counsel to complete the schedules.

5. Movant, with the assistance of counsel, will be prepared to file the required schedules in a timely fashion.

WHEREFORE, Movant prays the time for filing schedules and Statement of Affairs be extended for twenty (20) days from the date of the Court's Order and Movant be granted such other and further relief as is just.

Respectfully submitted,

_____
JOHN S. DI GIORGIO, ESQUIRE
1706 Race Street, Suite 404
Philadelphia, PA 19103
Telephone: 215-568-2266
Facsimile: 215-405-2920
Attorney for Movant,
Derrick Garner

DATE: December 21, 2020