IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :      Chapter 13
Derrick Garner,                         :
        Debtor.                 :      Case No. 20-14681 amc

## ORDER

AND NOW, this _____ day of _____, 2020, at Philadelphia, upon Motion of the above-named Debtor, by his counsel, John S. Di Giorgio, Esquire, consideration of Debtor's Motion praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is ORDERED the time said Debtor is to file schedules and Statement of Affairs be and hereby is extended for ~~twenty (20)~~ fourteen (14) days from the date of this Order.

BY THE COURT:

_____
                                                  J.

**Date: December 21, 2020**

cc:   Scott F. Waterman
      Chapter 13 Trustee
      (info@readingch13.com)
     United States Trustee
      (USTP.Philadelphia.P-A@usdoj.gov)