United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14681-amc |
| Derrick H. Garner | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Derrick H. Garner, 5127 Arbor St., Philadelphia, PA 19120-3601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 22 2020 05:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 22 2020 05:19:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN S DIGIORGIO, I | on behalf of Debtor Derrick H. Garner jdigiorgio@johndlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |

District/off: 0313-2     User: Adminstra     Page 2 of 2
Date Rcvd: Dec 21, 2020     Form ID: pdf900     Total Noticed: 3

SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    Chapter 13
Derrick Garner,                       :
            Debtor.                   :    Case No. 20-14681 amc

### ORDER

AND NOW, this _____ day of _____, 2020, at Philadelphia, upon Motion of the above-named Debtor, by his counsel, John S. Di Giorgio, Esquire, consideration of Debtor's Motion praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is ORDERED the time said Debtor is to file schedules and Statement of Affairs be and hereby is extended for ~~twenty (20)~~ fourteen (14) days from the date of this Order.

BY THE COURT:

_____
                                                    J.

**Date: December 21, 2020**

cc:   Scott F. Waterman
      Chapter 13 Trustee
      (info@readingch13.com)
      United States Trustee
      (USTP.Philadelphia.P-A@usdoj.gov)