Debtor 1  _Chase_ First Name  _H._ Middle Name  _Garner_ Last Name

Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): **20-14681**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** Chase National Bank (Creditor's Name)<br>700 Kansas Drive<br>Mail Code LA4-5555<br>MONROE, LA<br>Describe the property that secures the claim: 5127 Arbor St. Phila., PA 19120<br>As of the date you file, the claim is: ☐ Contingent ☑ Unliquidated ☐ Disputed<br>Who owes the debt? ☑ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ Last 4 digits of account number **4 7 9 3**<br>Nature of lien: ☑ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien ☐ Judgment lien from a lawsuit ☐ Other | $ 84,700.00 | $ 70,000.00 | $ |
| **2.2** ALLY (Creditor's Name)<br>Post Office Box 380901<br>Trenton, NJ 08013<br>Describe the property that secures the claim: GMC Hummer<br>As of the date you file, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Who owes the debt? ☑ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ Last 4 digits of account number **4 7 9 3**<br>Nature of lien: ☑ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien ☐ Judgment lien from a lawsuit ☐ Other | $ 5,000.00 | $ 18,000.00 | $ |

Add the dollar value of your entries in Column A on this page. Write that number here: **$ 89,700.00**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of **2**

**Part 1:** Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **Creditor's Name:** Harley-Davidson Credit Corp<br>**Number/Street:** P.O. Box 9013<br>**City/State/ZIP:** Addison Texas<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>**Date debt was incurred** _____ | **Describe the property that secures the claim:** motorcycle<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>**Last 4 digits of account number** __ __ __ __ | $ 9,990.42 | $ 9,990.42 | $ |
| **Creditor's Name:** _____<br>**Number/Street:** _____<br>**City/State/ZIP:** _____<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>**Date debt was incurred** _____ | **Describe the property that secures the claim:**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>**Last 4 digits of account number** __ __ __ __ | $ | $ | $ |
| **Creditor's Name:** _____<br>**Number/Street:** _____<br>**City/State/ZIP:** _____<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>**Date debt was incurred** _____ | **Describe the property that secures the claim:**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>**Last 4 digits of account number** __ __ __ __ | $ | $ | $ |

Add the dollar value of your entries in Column A on this page. Write that number here: **$ 9,990.42**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$ 99,690.42**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2