**Fill in this information to identify your case:**

Debtor 1: Derrick H. Garner
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 20-14681

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

**2.1** Pennsylvania Department of Revenue
Priority Creditor's Name
Bankruptcy Division
Number    Street
P.O. Box 280946
Harrsiburg    PA    17128
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  6 1 3 4
When was the debt incurred?  03/16/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $ 457.90
Priority amount: $ 206.17
Nonpriority amount: $ 251.73

**2.2** City of Phila. Water REVENUE
Priority Creditor's Name
1101 mARKET STREET
Number    Street
Philadelphia, PA    19107
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  7 0 0 1
When was the debt incurred?  01/08/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $ 852.00
Priority amount: $ 852.00
Nonpriority amount: $ _____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 3

Debtor 1  **Derrick** (First Name)  **H.** (Middle Name)  **Garnett** (Last Name)

Case number (if known): **20-14681**

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐ **Philadelphia Electric Company**
Priority Creditor's Name
P.O. BOX 37629
Number    Street
pHILADELPHIA    PA    19101
City    State    ZIP Code

Last 4 digits of account number: 1 4 0 7
When was the debt incurred? 02/10/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify __utility__

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $1,983.00

---

☐ **Philadelphia Gas works**
Priority Creditor's Name
Post Office Box 11700
Number    Street

Newark    NJ    17101
City    State    ZIP Code

Last 4 digits of account number: 1 4 0 7
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __UTILITY__

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $2,739.00

---

☐ Priority Creditor's Name
Number    Street
City    State    ZIP Code

Last 4 digits of account number: __ __ __ __
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ____

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page **2** of **3**

Debtor 1  Derrick  H.
Case number (if known) 20-14681

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

Total claim

6a. Domestic support obligations — 6a. $ 0.00

6b. Taxes and certain other debts you owe the government — 6b. $ 1,310.35

6c. Claims for death or personal injury while you were intoxicated — 6c. $ _____

6d. Other. Add all other priority unsecured claims. Write that amount here. — 6d. + $ 4,722.00

6e. Total. Add lines 6a through 6d. — 6e. $ 6,032.35

**Total claims from Part 2**

Total claim

6f. Student loans — 6f. $ _____

6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims — 6g. $ _____

6h. Debts to pension or profit-sharing plans, and other similar debts — 6h. $ _____

6i. Other. Add all other nonpriority unsecured claims. Write that amount here. — 6i. + $ 0.00

6j. Total. Add lines 6f through 6i. — 6j. $ 0.00

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 3