IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :    Chapter 13
Derrick Garner,                 :
       Debtor.              :    Case No. 20-14681-amc

## ORDER

AND NOW, this _____ day of _____, 2021, at Philadelphia, upon Motion of the above-named Debtor, by his counsel, John S. Di Giorgio, Esquire, it is ORDERED the following documents are withdrawn as improperly filed: Docket #14 Schedule J - Current Expenditures; Docket #15 Chapter 13 Statement of Monthly Income; Docket #16 Schedule A/B; and Docket #17 Schedule I - Average Income.

BY THE COURT:

_____
J.

cc:  Scott F. Waterman
    Chapter 13 Trustee
     (info@readingch13.com)
    United States Trustee
     (USTP.Philadelphia.P-A@usdoj.gov)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Chapter 13
Derrick Garner,                     :
        Debtor.                :    Case No. 20-14681-amc

**MOTION TO WITHDRAW DOCUMENTS IMPROPERLY FILED**

The Motion of Derrick Garner, Debtor, respectfully represents:

1. Movant has filed the following documents: Docket #14 Schedule J - Current Expenditures; Docket #15 Chapter 13 Statement of Monthly Income; Docket #16 Schedule A/B; and Docket #17 Schedule I - Average Income.

2. Inadvertently, the documents were improperly filed.

WHEREFORE, Movant prays the documents be stricken as improperly filed to correct the record.

Respectfully submitted,

_/s/ John S. Di Giorgio_
JOHN S. DI GIORGIO, ESQUIRE
1706 Race Street, Suite 404
Philadelphia, PA 19103
Telephone: 215-568-2266
Facsimile: 215-405-2920
Attorney for Movant,
Derrick Garner

DATE: January 5, 2021