IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :     Chapter 13
Derrick H. Garner,              :
        Debtor                  :     Case No. 20-14681-amc

## ORDER

AND NOW, this _____ day of _____, 2021, at Philadelphia, upon Motion of the above-named Debtor, by his counsel, John S. Di Giorgio, Esquire, consideration of Debtor's Motion praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is ORDERED the time said Debtor is to file Schedules and Statement of Affairs and other documents be and hereby is extended until January 22, 2021, to enable counsel to make a hospital visit with Movant and complete the schedules.

_____
                                                                 J.

cc:   Scott F. Waterman
      Chapter 13 Trustee
        (info@readingch13.com)
      United States Trustee
        (USTP.Philadelphia.P-A@usdoj.gov)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :     Chapter 13
Derrick H. Garner,                    :
    Debtor                        :     Case No. 20-14681-amc

### MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS

The Motion of Derrick H. Garner, Debtor, respectfully represents:

1. Movant has filed twelve (12) days prior to the date hereof a Voluntary Petition under Chapter 13 of Title 11 of the United States Code.

2. Movant has also filed a Matrix listing Movant's creditors and addresses.

3. The Court granted a previous extension of time to January 4, 2021, because of counsel's COVID-19 quarantine status.

4. Despite counsel's best efforts, the Schedules have not been complete, mainly because Movant is currently hospitalized indefinitely due to a sepsis infection which has already resulted in one amputation and may result in more serious consequences.

5. To prepare the Schedules and Statement of Affairs required by Rule 1007, it is necessary for counsel to confer with Movant and get his signatures on documents and gather information from various documents to complete the required schedules.

6. Movant, with the assistance of counsel, will be prepared to file the required schedules in a timely fashion by January 22, 2021.

WHEREFORE, Movant prays the time for filing the Schedules and Statement of Affairs be extended until January 22, 2021.

                                                  JOHN S. DI GIORGIO, ESQUIRE
1706 Race Street, Suite 404
Philadelphia, PA 19103
Telephone: 215-568-2266
Facsimile: 215-405-2920
Attorney for Debtor,
Derrick H. Garner

DATE: January 5, 2021