## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 13
Derrick H. Garner,                        :
                    Debtor                :        Case No. 20-14681-amc

### ORDER

AND NOW, this _____ day of _____, 2021, at Philadelphia, upon Motion of the above-named Debtor, by his counsel, John S. Di Giorgio, Esquire, consideration of Debtor's Motion praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is ORDERED the time said Debtor is to file Schedules and Statement of Affairs and other documents be and hereby is extended until January 22, 2021, to enable counsel to make a hospital visit with Movant and complete the schedules.

**Date: January 6, 2021**

_____
                                                                    J.

cc:   Scott F. Waterman
        Chapter 13 Trustee
        (info@readingch13.com)
      United States Trustee
        (USTP.Philadelphia.P-A@usdoj.gov)