UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Derrick H. Garner | Bankruptcy No.20-14681-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of June, 2021, by first class mail upon those listed below:

Derrick H. Garner
5127 Arbor St.
Philadelphia, PA 19120

**Electronically via CM/ECF System Only:**

JOHN S DI GIORGIO ESQ
1706 RACE STREET
SUITE 404
PHILADELPHIA, PA 19103

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee