| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14681-AMC**

| | |
|---|---|
| Derrick H. Garner | Petition Filed Date: 12/08/2020 |
| 5127 Arbor St. | 341 Hearing Date: 02/26/2021 |
| Philadelphia  PA    19120 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/18/2021 | $500.00 | 19269578767 | 05/18/2021 | $500.00 | 19269578766 | | | |

**Total Receipts for the Period: $1,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $298.08 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $246.94 | $0.00 | $0.00 |
| 3 | HARLEY DAVIDSON CREDIT CORP »» 002 | Secured Creditors | $8,805.19 | $0.00 | $0.00 |
| 4 | ALLY FINANCIAL INC fka GMAC »» 003 | Secured Creditors | $13,867.53 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $531.54 | $0.00 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICING INC »» 005 | Mortgage Arrears | $24,331.96 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $1,343.26 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14681-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Current Monthly Payment: | $2,118.00 |
| Paid to Claims: | $0.00 | Arrearages: | $5,354.00 |
| Paid to Trustee: | $100.00 | Total Plan Base: | $67,776.00 |
| Funds on Hand: | $900.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.