United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Derrick H. Garner  
    Debtor

Case No. 20-14681-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 30, 2021     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick H. Garner, 5127 Arbor St., Philadelphia, PA 19120-3601 |
| 14569357 | | Harley-Davidson Credit Corp, PO Box 9013, Addison TX 75001-9013 |
| 14573339 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14569359 | | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14569996 | + | Select Portfolio Servicing, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 01 2021 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 01 2021 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14569355 | | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:59:00 | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 14585725 | | Email/Text: megan.harper@phila.gov | Jul 01 2021 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14569354 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 01 2021 00:09:17 | JPMorgan Chase Bank NA, 700 Kansas Lane floor 1, Monroe, LA 71203-4774 |
| 14569358 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 01 2021 00:00:00 | PECO Energy Company, 2301 Market Street, Philadelphia Pa 19103-1380 |
| 14581664 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 00:09:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14570453 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 01 2021 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14569356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 00:09:04 | Portfolio Recovery Credit Corp, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14580793 | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14583313 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 14 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN S DIGIORGIO, I | on behalf of Debtor Derrick H. Garner jdigiorgio@johndlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Derrick H. Garner | Bankruptcy No. 20-14681-AMC |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Dated: June 30, 2021

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE